Constance Komoroski   SBN 131391
3579 E. Foothill Blvd., No. 319
Pasadena, CA  91107
(626)791-8170   constance@constancekomoroski.com

**CLEAR FORM**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Samuel Marullo

Plaintiff(s)

v.

City of Hermosa Beach, et al.

Defendant(s).

CASE NUMBER

CV 06-4507 PA (FFMx)

**ATTORNEY SETTLEMENT OFFICER
PROCEEDING REPORT**

☑ A settlement proceeding was held on ___March 26, 2009___ and the results of that proceeding are indicated below:

1. The following individuals, parties, corporate representatives, and/or representatives of the party's insurer attended and participated in the proceeding, and each possessed the requisite settlement authority:

   ☑ All individual parties and their respective trial counsel.

   ☑ Designated corporate representatives.

   ☑ Representatives of the party's insurer.

2. The following individuals, parties, corporate representatives, and/or representatives of the party's insurer failed to appear and/or participate as ordered:

   Mr. Beck was suddenly hospitalized but co-trial counsel appeared.   Certain City representatives appeared by telephone.

☐ A settlement proceeding did not take place because the case settled before the proceeding occurred.

3. The outcome of the proceeding was:

☑ **The case has been completely settled.** Immediately after the conclusion of the settlement proceeding, the attorney settlement officer advised the parties to notify the trial judge's deputy courtroom clerk of the fact of settlement and to promptly file documents regarding the final disposition of the case.

☐ **The case has been partially resolved** and the attorney settlement officer has advised the parties to file a joint stipulation regarding those claims which have been resolved. The following issues remain for this Court to resolve:

☐ **The proceeding was continued** with the consent of all parties and counsel. The rescheduled proceeding will be held on a date certain not later than the time requirements set forth in Local Rule 16-15.2. Any continuance beyond that time must be approved by the trial judge. Attorney Settlement Officer Proceeding Reports will be filed after additional proceedings are complete.

☐ **The parties are unable to reach an agreement at this time.**

Dated: March 26, 2009

_____
Signature of Attorney Settlement Officer

Constance Komoroski
Name of Attorney Settlement Officer

3579 E. Foothill Bl., No. 319
Mailing Address

Pasadena, CA  91107
City, State and Zip Code

(626)791-1870
Telephone Number

The Attorney Settlement Officer to electronically file original document:

**ATTORNEY SETTLEMENT OFFICER PROCEEDING REPORT**